UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-2481 (CJN) |

**JOINT STATUS REPORT**

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to Paragraph 5 of the Court's Standing Order.  *See* ECF No. 5.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023.  Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents.  See Compl. ¶ 8, 13, ECF No. 1.

On August 28, 2023, the Criminal Division of the Department of Justice informed Plaintiff that his FOIA request had been routed to the Federal Bureau of Investigation (FBI) for processing. The FBI is currently engaged in preliminary searches for potentially responsive documents. Therefore, the FBI cannot yet estimate the number of responsive documents or the anticipated dates for release of the documents.  For the same reason, it is also not yet known whether Defendant can prioritize any documents.  Neither side has yet proposed that Plaintiff's request be narrowed.

The FBI expects to conclude its preliminary search by December 28, 2023.

The FBI does not expect to move for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). At this time, neither party anticipates summary judgment briefing.

The Parties propose that they submit a Joint Status Report on or before January 18, 2024, to update the Court on Defendant's progress with respect to its preliminary search. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: November 20, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/ Brian J. Levy  <br>  BRIAN J. LEVY<br>  Assistant United States Attorney<br>  601 D Street, NW<br>  Washington, DC 20530<br>  (202) 252-6734<br><br>*Attorneys for the United States of America*<br><br>By:  /s/ Stephen D. Stamboulieh  <br>  STEPHEN D. STAMBOULIEH<br>  Stamboulieh Law, PLLC<br>  P.O. Box 428<br>  Olive Branch, MS 38654<br>  (601) 852-3440<br>  stephen@sdslaw.us<br>  DC District Court Bar# MS0009<br><br>*Counsel for Plaintiff* |