UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-2481 (LLA) |

**JOINT STATUS REPORT**

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to the November 29, 2023 Minute Order.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents. *See* Compl. ¶ 8, 13, ECF No. 1.

The FBI completed its preliminary searches for potentially responsive records to the FOIA request and identified no records. On December 29, 2023, the FBI sent a "no-records" letter to Plaintiff. Plaintiff identified records that it expected the FBI's searches to find. The FBI is currently reviewing its searches. The parties expect to meet and confer in an effort to resolve any further disputes.

\*   \*   \*

Pursuant to the November 29, 2023 Minute Order, the parties will submit a Joint Status Report on March 29, 2024.

| | |
|---|---|
| Dated: January 29, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/ Brian J. Levy_____<br>    BRIAN J. LEVY<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-6734<br><br>*Attorneys for the United States of America*<br><br>By: _____/s/ Stephen D. Stamboulieh<br>    STEPHEN D. STAMBOULIEH<br>    Stamboulieh Law, PLLC<br>    P.O. Box 428<br>    Olive Branch, MS 38654<br>    (601) 852-3440<br>    stephen@sdslaw.us<br>    DC District Court Bar# MS0009<br><br>*Counsel for Plaintiff* |