UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 23-2481 (LLA) |

## JOINT STATUS REPORT

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to the November 29, 2023 Minute Order.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents. *See* Compl. ¶¶ 8, 13, ECF No. 1.

The FBI produced pages on April 19, 2024. The FBI conducted additional searches and identified 84 potentially responsive pages. The FBI is reviewing those pages for responsiveness and exemptions and expects to complete any production by August 1, 2024. The parties expect to meet and confer in an effort to resolve any further disputes.

\*　　\*　　\*

- 2 -

Pursuant to the November 29, 2023 Minute Order, the parties will submit a Joint Status Report on Monday, July 29, 2024.

Dated: May 28, 2024  
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division


By:  /s/ Brian J. Levy  
BRIAN J. LEVY  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-6734

*Attorneys for the United States of America*

By:  /s/ Stephen D. Stamboulieh  
STEPHEN D. STAMBOULIEH  
Stamboulieh Law, PLLC  
P.O. Box 428  
Olive Branch, MS 38654  
(601) 852-3440  
stephen@sdslaw.us  
DC District Court Bar# MS0009

*Counsel for Plaintiff*