UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-2481 (LLA) |

**JOINT STATUS REPORT**

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to the November 29, 2023 Minute Order.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents. *See* Compl. ¶¶ 8, 13, ECF No. 1.

The FBI produced pages on April 19, 2024. The FBI conducted additional searches and identified 84 potentially responsive pages. As stated in the May 28, 2024, Joint Status Report (ECF No. 13), the FBI reviewed those pages for responsiveness and exemptions. The FBI made an interim production on July 15, 2024 consisting of 5 pages. The remaining documents have been sent to other government agencies for consultations. The parties expect to meet and confer in an effort to resolve any further disputes.

\* \* \*

- 2 -

Pursuant to the November 29, 2023 Minute Order, the parties will submit a Joint Status Report on Friday, September 27, 2024.

| | |
|---|---|
| Dated: July 29, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/ Brian J. Levy<br>BRIAN J. LEVY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6734<br><br>*Attorneys for the United States of America*<br><br>By:  /s/ Stephen D. Stamboulieh<br>STEPHEN D. STAMBOULIEH<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Counsel for Plaintiff* |