UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Civil Action No. 23-2481 (LLA) |

## JOINT STATUS REPORT

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to the November 29, 2023 Minute Order.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents. *See* Compl. ¶¶ 8, 13, ECF No. 1.

As Defendant reported in the July 29, 2024, Joint Status Report, the remaining documents have been sent to another government agency for consultation. ECF No. 14. Defendant expects to submit the remaining documents on or around November 26, 2024. The parties expect to meet and confer in an effort to resolve any further disputes.

\*　　\*　　\*

Pursuant to the November 29, 2023 Minute Order, the parties will submit a Joint Status Report on Monday, January 27, 2025.

Dated: November 26, 2024  
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division


By:        /s/ Brian J. Levy         
   BRIAN J. LEVY  
   Assistant United States Attorney  
   601 D Street, NW  
   Washington, DC 20530  
   (202) 252-6734

*Attorneys for the United States of America*

By:        /s/ Stephen D. Stamboulieh  
   STEPHEN D. STAMBOULIEH  
   Stamboulieh Law, PLLC  
   P.O. Box 428  
   Olive Branch, MS 38654  
   (601) 852-3440  
   stephen@sdslaw.us  
   DC District Court Bar# MS0009

*Counsel for Plaintiff*