UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 23-2481 (LLA) |

## JOINT STATUS REPORT

By and through undersigned counsel, David Codrea ("Plaintiff") and the Department of Justice ("Defendant") respectfully submit this Joint Status Report, pursuant to the November 29, 202,3 Minute Order.

Plaintiff filed this suit on August 25, 2023, and served the U.S. Attorney's Office on or about August 25, 2023. Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA") by, among other things, failing to provide records to its request for certain documents. *See* Compl. ¶¶ 8, 13, ECF No. 1.

Defendant completed production of all remaining documents and mailed the final production to Plaintiff on January 22, 2025. The parties expect to meet and confer in an effort to resolve any further disputes.

\*     \*     \*

Pursuant to the November 29, 2023 Minute Order, the parties will submit a Joint Status Report on Friday, March 28, 2025.

| | |
|---|---|
| Dated: January 27, 2025<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/ Brian J. Levy_____<br>BRIAN J. LEVY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6734<br><br>*Attorneys for the United States of America*<br><br>By: _____/s/ Stephen D. Stamboulieh_____<br>STEPHEN D. STAMBOULIEH<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Counsel for Plaintiff* |